UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSE M. DAVIS,

    Plaintiff,

v.                                CASE NO.:

ERP- PROFFESIONALS,INC. , a
Florida Profit Corporation, and
ERP ANALYSTS, INC., a Florida
Foreign Profit Corporation, a/k/a
ERPA GROUP

    Defendants.

_____/

**DEFENDANTS' NOTICE OF REMOVAL**

TO:    UNITED STATES DISTRICT COURT
         MIDDLE DISTRICT OF FLORIDA
         JACKSONVILLE DIVISION

    Defendants, ERP-Professionals, Inc., and ERP Analysts, Inc., by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Local Rule 1.06, hereby remove this action from the Circuit Court of the Fourth Judicial Circuit in and for Clay County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division, and in support thereof state:

## **GROUNDS FOR REMOVAL**

1.     Plaintiff, Jesse M. Davis, filed this action against Defendants, ERP-Professionals, Inc., and ERP Analysts, Inc., in the Circuit Court of the Fourth Judicial Circuit in and for Clay County, Florida, Case No. 2021-CA-000481, on June 14, 2021.

2.     Defendants received notice of the Complaint on June 21, 2021.

3.     The Complaint asserts claims against Defendants under the Florida Civil Rights Act of 1992 (Count I), under the Age Discrimination in Employment Act and Older Workers Benefit Protection Act (Count II), for unpaid wages under section 448.08, Florida Statutes (Counts III, V, VI, VII), and breach of implied covenant of good faith and fair dealing (Count IV)

4.      This action may be removed under 28 U.S.C. § 1441(a) because this Court has original jurisdiction under 28 U.S.C. § 1331 over the claims in Count II of the Complaint.

5.     Venue is proper in the Middle District of Florida, Jacksonville Division pursuant to 28 U.S.C. § 89(b) and Local Rule 1.04(a), because this case is being removed from Clay County, Florida.

6.     This Notice of Removal is being timely filed within thirty (30) days of Defendants receiving notice of the Complaint.

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court action are attached hereto as Exhibit 1.

8. Pursuant to 28 U.S.C. § 1446(d), Defendants shall promptly give written notice of the filing of this Notice of Removal to all adverse parties and shall file a copy of the notice with the Clerk of the Circuit Court for the Fourth Judicial Circuit, in and for Clay County, Florida.

9. Defendants have not filed a responsive pleading or otherwise entered an appearance in the state court action.

10. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants shall file their answer or present other defenses or objections to the Complaint within seven days of the filing of this Notice of Removal, by July 19, 2021.

WHEREFORE, Defendants, ERP-Professionals, Inc., and ERP Analysts, Inc., respectfully request this action be removed from the Circuit Court of the Fourth Judicial Circuit in and for Clay County, Florida to this Court.

Respectfully submitted, this 12th day of July, 2021.

By: *s/ Jeffrey M. Partlow*
JEFFREY M. PARTLOW, ESQ.
Florida Bar No.: 110627
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Telephone: (321) 972-0079
Facsimile: (321) 972-0099

        jeffrey.partlow@csklegal.com
        natasha.acevedo@csklegal.com
        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record. A copy was also sent by email to Plaintiff's counsel, Kelly H. Chanfrau, Chanfrau & Chanfrau, 701 N. Peninsula Drive, Daytona Beach, FL 32118, kelly@chanfraulaw.com; and Carmen Weite, Friedman, Dazzio & Zulanas, P.C., 3800 Corporate Woods Drive, Birmingham, AL 35242, cweite@friedman-lawyers.com

        *s/ Jeffrey M. Partlow*
        JEFFREY M. PARTLOW, ESQ.
        Florida Bar No.: 110627