2021CA000481 - DAVIS, JESSE M vs. ERP- PROFESSIONALS, INC., ET AL  Page 1 of 1

Case 3:21-cv-00681-MMH-JK   Document 1-2   Filed 07/12/21   Page 1 of 1 PageID 35

## 2021CA000481 - DAVIS, JESSE M vs. ERP- PROFESSIONALS, INC., ET AL

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Judge: | LESTER, DON H. | Court Type: | Circuit Civil | Case Type: | Other - Discrimination Employment or Other |
| Case Number: | 2021CA000481 | Uniform Case Number: | 102021CA000481CAAXXX | Status: | OPEN |
| Clerk File Date: | 6/14/2021 | Status Date: | 6/14/2021 | Waive Speedy Trial: | ☐ |
| Total Fees Due: | 0.00 | Custody Location: | | Agency: | |
| Agency Report Number: | | | | Foreclosure: | ACTIVE - 6/14/2021 |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | DAVIS, JESSE M | 1 CHANFRAU, KELLY H (Main Attorney)<br>1 CHANFRAU, KELLY H (Main Attorney) |
| DEFENDANT | ERP- PROFESSIONALS, INC., ET AL | 0<br>0 |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | No Events on Case | | | |

### CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| 1 | 6/15/2021 | PAYMENT $10.00 RECEIPT #93802 |
| 4 | 6/15/2021 | SUMMONS ISSUED AS TO ERP ANALYSTS, INC C/O INCORP SERVICES, INC |
| 1 | 6/15/2021 | PAYMENT $410.00 RECEIPT #93675 |
| 4 | 6/14/2021 | SUMMONS ISSUED ON INCORP SERVICES, INC |
| 17 | 6/14/2021 | COMPLAINT |
| 3 | 6/14/2021 | CIVIL COVER SHEET |
| | 6/14/2021 | CASE FILED 06/14/2021 CASE NUMBER 2021CA000481 |