Filing # 128722511 E-Filed 06/14/2021 05:13:59 PM



A Professional Liability Corporation

"Injured? Let our family help your family"

| **William M. Chanfrau, Jr.** | **W. M. Chanfrau, Sr.** | **Kelly H. Chanfrau** |
|---|---|---|
| Former Assistant State Attorney | Board Certified Civil Trial Attorney | Board Certified Labor & Employment Attorney |
| Personal Injury | Personal Injury | Wage and Hour Disputes |
| Wrongful Death | Wrongful Death | Sexual Harassment |
| Criminal Law | | Personal Injury |

June 14, 2021

Clerk of the Circuit Court, Clay County
Attention: Circuit/Civil
825 North Orange Ave.
Green Cove Springs, FL 32043

    Re:    Jesse M. Davis v. ERP-Professionals, Inc. et al.
             Our File No. 14455

To Whom It May Concern:

Please prepare two summonses to the following Defendant:

    INCORP SERVICES, INC.
    17888 67th CT. NORTH
    LOXAHATCHEE, FL  33470

If you have any questions or need additional information, please contact me.

                        Very truly yours,

                        */s/ Kelly H. Chanfrau*
                        Kelly H. Chanfrau, Esq.

KHC/ms

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR CLAY COUNTY, FLORIDA

JESSE DAVIS,                                                                CASE NO.:

    Plaintiff,

v.

ERP-Professionals, Inc., a Florida Profit
Corporation, and ERP ANALYSTS, INC.
a Florida Foreign Profit Corporation, a/k/a ERPA GROUP

    Defendants.
_____/

## SUMMONS

TO:   **INCORP SERVICES, INC.
17888 67th CT. North
Loxahatchee, FL 33470**

**IMPORTANT**

A lawsuit has been filed against you. **You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at the Clay County Clerk of Court, 825 N. Orange Ave., P.O. Box 698, Green Cove Springs, FL 32043.** A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

**Kelly H. Chanfrau, Esq.
Chanfrau & Chanfrau
701 N. Peninsula Drive
Daytona Beach, FL 32118**

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the Clerk's office.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:
Nombre y direccion de la parte que entrega la orden de comparencencia:
_____
_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.**
**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation:

_____
_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are hereby commanded to serve this Summons and a copy of the Complaint in this civil action on the above-named individual.

DATED: _____

CLERK OF THE CIRCUIT COURT
(SEAL)

By: _____  06/15/2021
        Deputy Clerk

# Clay County Clerk of Circuit Court
# Clay County Receipt of Transaction
## Receipt #93675

Tara S. Green
Clerk of Court
Clay County, Florida

Kelly H. Chanfrau
701 N. Peninsula Drive
Daytona Beach, FL 32118

Created by: HERRERAA
Cashiered by: HERRERAA
On: 06/15/2021   8:02 am
Transaction # 3860556

| CaseNumber | 2021CA000481 |
|---|---|

**Action:**

**Judge:** LESTER, DON H.

**Received From:** Kelly H. Chanfrau
701 N. Peninsula Drive
Daytona Beach, FL 32118

| Fee Description | Fee | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|
| Other Civil Filings/Complaints ($400.00) | 400.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| Summons Fee | 10.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total** | **410.00** | **0.00** | **410.00** | **410.00** | **0.00** |
| **Grand Total** | **410.00** | **0.00** | **410.00** | **410.00** | **0.00** |

## PAYMENTS

| Payment Type | Reference | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|
| E-PORTAL<br><br>E-Portal Reference<br>128722511<br>ORD #31592667 | SUB TOTAL　　　　　　$410.00<br>CONVENIENCE FEE　　　$14.35<br>CREDIT CARD CHARGE　$424.35<br>REMAINING BALANCE　　$0.00<br><br>I AGREE TO PAY THE ABOVE CREDIT CARD AMOUNT ACCORDING TO ISSUER AGREEMENT INCLUDING THE CREDIT IPASS CONVENIENCE FEE.<br><br>OK<br><br>128722511<br>ORD #31592667 | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | | 820.00 | 0.00 | 0.00 | 0.00 | 820.00 |

Page 1 of 1

Filing # 128748651 E-Filed 06/15/2021 09:24:52 AM



A Professional Liability Corporation

"Injured? Let our family help your family"

| William M. Chanfrau, Jr. | W. M. Chanfrau, Sr. | Kelly H. Chanfrau |
|---|---|---|
| Former Assistant State Attorney | Board Certified Civil Trial Attorney | Board Certified Labor & Employment Attorney |
| Personal Injury | Personal Injury | Wage and Hour Disputes |
| Wrongful Death | Wrongful Death | Sexual Harassment |
| Criminal Law |  | Personal Injury |

June 15, 2021

Clerk of the Circuit Court, Clay County
Attention: Circuit/Civil
825 North Orange Ave.
Green Cove Springs, FL 32043

  Re: Jesse M. Davis v. ERP-Professionals, Inc. and ERP Analysts, INC
     Our File No. 14455

To Whom It May Concern:

  Please prepare a summons to the following Defendant:

    ERP ANALYSTS, INC
    C/O INCORP SERVICES, INC
    17888 67th CT. NORTH
    LOXAHATCHEE, FL  33470

  If you have any questions or need additional information, please contact me.

        Very truly yours,

        */s/ Kelly H. Chanfrau*
        Kelly H. Chanfrau, Esq.

KHC/ms

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR CLAY COUNTY, FLORIDA

JESSE DAVIS,                                                                 CASE NO.:

    Plaintiff,

v.

ERP-Professionals, Inc., a Florida Profit
Corporation, and ERP ANALYSTS, INC.
a Florida Foreign Profit Corporation, a/k/a ERPA GROUP

    Defendants.
_____/

## SUMMONS

**TO:   ERP ANALYSTS, INC.
C/O INCORP SERVICES, INC.
17888 67th CT. North
Loxahatchee, FL 33470**

**IMPORTANT**

A lawsuit has been filed against you. **You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at the Clay County Clerk of Court, 825 N. Orange Ave., P.O. Box 698, Green Cove Springs, FL 32043.** A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

**Kelly H. Chanfrau, Esq.
Chanfrau & Chanfrau
701 N. Peninsula Drive
Daytona Beach, FL 32118**

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the Clerk's office.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:
Nombre y direccion de la parte que entrega la orden de comparencencia:

_____
_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.**

**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation:

_____
_____
_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are hereby commanded to serve this Summons and a copy of the Complaint in this civil action on the above-named individual.

DATED: _____

CLERK OF THE CIRCUIT COURT

By: _____   06/15/2021
    Deputy Clerk

# Clay County Clerk of Circuit Court
# Clay County Receipt of Transaction
## Receipt #93802

Tara S. Green
Clerk of Court
Clay County, Florida

Created by: BEARDK
Cashiered by: BEARDK
On: 06/15/2021   3:02 pm
Transaction # 3860691

Kelly H. Chanfrau
701 N. Peninsula Drive
Daytona Beach, FL 32118

CaseNumber   2021CA000481

Action:

Judge: LESTER, DON H.

Received From:
Kelly H. Chanfrau
701 N. Peninsula Drive
Daytona Beach, FL 32118

| Fee Description | Fee | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|
| Other Civil Filings/Complaints ($400.00) | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Summons Fee | 10.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Summons Fee | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **420.00** | **0.00** | **10.00** | **10.00** | **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total** | **420.00** | **0.00** | **10.00** | **10.00** | **0.00** |

**PAYMENTS**

| Payment Type | Reference | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|
| E-PORTAL<br><br>E-Portal Reference<br>128748651<br>ORD #31594899 | SUB TOTAL $10.00<br>CONVENIENCE FEE $0.35<br>CREDIT CARD CHARGE $10.35<br>REMAINING BALANCE $0.00<br><br>I AGREE TO PAY THE ABOVE CREDIT CARD AMOUNT ACCORDING TO ISSUER AGREEMENT INCLUDING THE CREDIT IPASS CONVENIENCE FEE.<br><br>OK<br><br>128748651<br>ORD #31594899 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1