### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JESSE M. DAVIS,

      Plaintiff,

v.                                                                  Case No.   3:21-cv-681-MMH-JRK

ERP-PROFESSIONALS, INC.,
et al.,

      Defendants.

                                   /

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Remand and Supporting Memorandum (Dkt. No. 13; Motion) filed on August 11, 2021.   In the Motion, Plaintiff seeks remand of this matter to the Circuit Court for the Fourth Judicial Circuit, in and for Clay County, Florida.   See Motion at 1. Plaintiff represents to the Court that Defendants oppose the relief requested in the Motion.   See id. at 8.   However, Defendants have not filed a response to the Motion and the time for doing so has passed.   In light of the elimination of the sole federal claim, the Court finds that the Motion is due to be granted. Accordingly, it is

      **ORDERED:**

      1.    Plaintiff's Motion to Remand and Supporting Memorandum (Dkt. No. 13) is **GRANTED**.

2.     This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida for all further proceedings.

3.     The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of that court and to close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of August, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record